1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  GRACE L. SANDOVAL, | CASE NO. 10cv0170 JM(RBB) |
| 12                           Plaintiff, | ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |
| 13       vs.<br>     JOHN LONG | |
| 14                           Defendant. | |

15
16   Over the past two years, Plaintiff Grace L. Sandoval has filed in excess of 140 separate actions
17 in this district. Each action was brought <u>in propria persona</u> and <u>in forma pauperis</u>. Each appears to
18 have been dismissed as frivolous or for failure to state a claim. The present complaint fairs no better.
19   Without identifying the basis for the court's subject matter jurisdiction, the complaint sets forth
20 a rambling narrative of charges and conclusions concerning a room she rented from Defendant and
21 the failure of the landlord to return her deposit. As the present complaint, like the scores of previously
22 filed complaints, fails to identify the basis for federal jurisdiction, or to set forth a coherent statement
23 of the claims, the court dismisses the complaint at bar as frivolous, for failure to state a claim, and for
24 lack of subject matter jurisdiction.
25   The Clerk of Court is instructed to dismiss the action without prejudice. Until Plaintiff pays
26 the filing fee or demonstrates an imminent danger of serious physical injury, the Clerk of Court is
27 / / /
28 / / /

1  instructed to reject for filing any further documents from Plaintiff in this case. The court also denies
2  the motion for leave to proceed <u>in forma pauperis</u> and for appointment of counsel as moot.
3  **IT IS SO ORDERED.**
4  DATED: March 19, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties